# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/22/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robyn Lisa Cabral<br>dba Lasertime Smile, fdba Maui Recon<br>160 Keonekai Road<br>9−202<br>Kihei, HI 96753 | Hartmut Karl−Paul Bielous<br>160 Keonekai Road<br>9−202<br>Kihei, HI 96753 |
| Case Number:<br>11−01140 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0516<br>xxx−xx−9573 |
| Attorney for Debtor(s) (name and address):<br>Michael Collins<br>Cain & Herren LLP<br>2141 W. Vineyard Street<br>Wailuku, HI 96793<br>Telephone number: 808−242−9350 | Bankruptcy Trustee (name and address):<br>Richard A. Yanagi<br>1136 Union Mall, #303<br>Honolulu, HI 96813<br>Telephone number: 808.599.0339 |

## Meeting of Creditors

Date: **May 17, 2011**         Time: **02:00 PM**

Location: **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/18/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 4/22/11 |

## EXPLANATIONS                                                         B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

### Refer to Other Side for Important Deadlines and Notices

U.S. Bankruptcy Court - Hawaii   #11-01140   Dkt # 5   Filed  04/24/11   Page 2 of 3

```
                          United States Bankruptcy Court
                                District of Hawaii
In re:                                                     Case No. 11-01140-rjf
Robyn Lisa Cabral                                          Chapter 7
Hartmut Karl-Paul Bielous
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0975-1        User: darlene              Page 1 of 1           Date Rcvd: Apr 22, 2011
                            Form ID: b9a               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2011.
db/jdb       +Robyn Lisa Cabral,   Hartmut Karl-Paul Bielous,   160 Keonekai Road,   9-202,
               Kihei, HI 96753-7130
aty          +Michael Collins,   Cain & Herren LLP,   2141 W. Vineyard Street,   Wailuku, HI 96793-1619
1087404      +BAC HOME LNS LP/CTRYWDE,   450 American Street #SV416,   Simi Valley, CA 93065-6285
1087405       BAC Home Loans Servicing, LP,   P.O. Box 10219,   Van Nuys, CA 91410-0219
1087412       Citifinancial,   300 Saint Paul Place,   Baltimore, MD 21202-2120
1087411       Citifinancial,   300 St. Paul Place B5P13A,   Baltimore, MD 21202-2120
1087413      +Dell Computer/Web Bank,   P.O. Box 81577,   Austin, TX 78708-1577
1087416      +First Equity Business,   1415 Warm Springs Road,   Columbus, GA 31904-8366
1087418      +GE Capital/Pay Pal,   P.O. Box 981400,   El Paso, TX 79998-1400
1087422       Hawaiian Telcom,   P.O. Box 9688,   Mission Hills, CA 91346-9688
1087423      +Lease Finance Group,   233 N. Michigan Ave.,   Chicago, IL 60601-5519
1087424      +Patterson Dental,   23254 Network Place,   Chicago, IL 60673-1232
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRAYANAGI.COM Apr 23 2011 00:03:00     Richard A. Yanagi,   1136 Union Mall, #303,
               Honolulu, HI 96813-2711
1087402       EDI: MERRICKBANK.COM Apr 23 2011 00:03:00      Advanta Bank,   P.O. Box 30715,
               Salt Lake City, UT 84130-0715
1087403      +EDI: AMEREXPR.COM Apr 23 2011 00:03:00     American Express,   PO Box 981537,
               El Paso, TX 79998-1537
1087406      +EDI: BANKAMER2.COM Apr 23 2011 00:03:00     Bank of America,   P.O. Box 17054,
               Wilmington, DE 19884-0001
1087407      +EDI: CAPITALONE.COM Apr 23 2011 00:03:00      Capital One,   P.O. Box 30281,
               Salt Lake City, UT 84130-0281
1087408      +EDI: CHASE.COM Apr 23 2011 00:03:00     Chase Bank USA,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
1087409      +EDI: CHASE.COM Apr 23 2011 00:03:00     Chase/Bank One Card Serv,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
1087410      +EDI: CITICORP.COM Apr 23 2011 00:03:00     Citibank NA,   701 E. 60th Street,
               Sioux Falls, SD 57104-0493
1087414       EDI: DISCOVER.COM Apr 23 2011 00:03:00      Discover Financial Services LLC,   P. O. Box 15316,
               Wilmington, DE 19850
1087415      +EDI: TSYS2.COM Apr 23 2011 00:03:00     DSNB/Macys,   PO Box 8218,   Mason, OH 45040-8218
1087417      +EDI: FORD.COM Apr 23 2011 00:03:00     Ford Credit,   P.O. Box 542000,   Omaha, NE 68154-8000
1087419      +EDI: RMSC.COM Apr 23 2011 00:03:00     GEMB/Amer Eagle,   P.O. Box 981400,
               El Paso, TX 79998-1400
1087421      +E-mail/Text: Bankruptcy@BBVACompass.com Apr 23 2011 00:08:40      Guaranty Bank,
               8333 Douglas Avenue,   Dallas, TX 75225-6581
1087420      +E-mail/Text: Bankruptcy@BBVACompass.com Apr 23 2011 00:08:40      Guaranty Bank,   PO Box 2047,
               Austin, TX 78768-2047
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 24, 2011**          **Signature:**         *Joseph Speetjens*